# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 96-1181

———————

Joseph H. Brown, Sr.,

      Appellant,

   v.

United States of America,

      Appellee.

\*    Appeal from the United States
\*    District Court for the
\*    Western District of Missouri.
\*
\*       [UNPUBLISHED]
\*

———————

Submitted: April 30, 1997

Filed: May 3, 1997

———————

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

———————

PER CURIAM.

Joseph H. Brown, Sr., appeals the district court's[1] denial of his 28 U.S.C. § 2255 motion. Upon a de novo review of the record, we are persuaded that the motion, files, and records of the case conclusively show Brown is not entitled to relief. See United States v. Duke, 50 F.3d 571, 576 (8th Cir.) (standard of review), cert. denied, 116 S. Ct. 224 (1995). Accordingly, we affirm for the reasons stated in the district court's opinion. See 8th Cir. R. 47B.

———————

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

        CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.